AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

FILED
AUG 05 2011
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Christina Liew | ) | Case No. |
| | ) | |
| | ) | 1 11 70 |
| Defendant | ) | |

## ARREST WARRANT

**MEJ**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Christina Liew ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
witness tampering, in violation of 18 U.S.C. 1512, and making false statements to a government agent, in violation of 18 U.S.C. 1001

Date: 7-27-11

*Issuing officer's signature*

City and state: San Francisco, California

Hon. Maria-Elena James, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 07/27/2011 , and the person was arrested on *(date)* 07/28/2011
at *(city and state)* Orinda, California .

Date: 08/05/2011

*Arresting officer's signature*

CYNTHIA HO, Special Agent, FBI
*Printed name and title*