# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

FILED
2011 AUG 23 P 4:15
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES OF AMERICA,

V.

WALTER LIEW and
CHRISTINA LIEW,

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 1512(b)(1) – Witness Tampering; 18 U.S.C. § 1512(k) – Conspiracy to Tamper With Witnesses and Evidence; 18 U.S.C. § 1001(a)(2) – False Statements In a Matter Within the Jurisdiction of the Executive Branch; 18 U.S.C. § 2 - Aiding, Abetting, and Willfully Causing

---

A true bill.

_____ Foreman

Filed in open court this ___23___ day of
___August 2011___.

_____ Clerk

Bail, $ _no process_

Nathanael Cousins
United States Magistrate Judge

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |||
|---|---|---|
| BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING || Name of District Court, and/or Judge/Magistrate Location<br>**NORTHERN DISTRICT OF CALIFORNIA**<br>SAN FRANCISCO DIVISION |
| **— OFFENSE CHARGED —**<br>See attached penalty sheet<br><br>E-filing<br><br>PENALTY: See attached penalty sheet | ☐ Petty<br>☐ Minor<br>☐ Misdemeanor<br>☒ Felony | **FILED**<br>2011 AUG 23 P 4:17<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br><br>**— DEFENDANT - U.S. —**<br>▶ CHRISTINA LIEW<br><br>DISTRICT COURT NUMBER<br>CR 11 0573 RS |
| **— PROCEEDING —**<br>Name of Complaintant Agency, or Person (& Title, if any)<br>Federal Bureau of Investigation<br><br>☐ person is awaiting trial in another Federal or State Court, give name of court<br><br>☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District<br><br>☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. ATTORNEY  ☐ DEFENSE  } SHOW DOCKET NO.<br><br>☐ this prosecution relates to a pending case involving this same defendant  } MAGISTRATE CASE NO.<br>☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under  } 1-mj-70865 MAG<br><br>Name and Office of Person Furnishing Information on this form   MELINDA HAAG<br>☒ U.S. Attorney  ☐ Other U.S. Agency<br><br>Name of Assistant U.S. Attorney (if assigned)   Peter Axelrod & John Hemann || **— DEFENDANT —**<br>**IS NOT IN CUSTODY**<br>  Has not been arrested, pending outcome this proceeding.<br>1) ☐ If not detained give date any prior summons was served on above charges ▶<br><br>2) ☐ Is a Fugitive<br><br>3) ☒ Is on Bail or Release from (show District)<br>NDCA<br><br>**IS IN CUSTODY**<br>4) ☐ On this charge<br>5) ☐ On another conviction  } ☐ Federal  ☐ State<br>6) ☐ Awaiting trial on other charges<br>   If answer to (6) is "Yes", show name of institution<br><br>Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed<br>DATE OF ARREST ▶  Month/Day/Year<br>Or... if Arresting Agency & Warrant were not<br>DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year<br><br>☐ This report amends AO 257 previously submitted |
| **— ADDITIONAL INFORMATION OR COMMENTS —** |||
| PROCESS:<br>☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT<br>If Summons, complete following:<br>☐ Arraignment  ☐ Initial Appearance<br>Defendant Address:<br><br>Comments: | Bail Amount:<br><br>* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment<br><br>Date/Time:    Before Judge: ||

# PENALTY SHEET

**WALTER LIEW:** Counts 1, 3 and 4

**CHRISTINA LIEW:** Counts 2 - 4

| COUNTS 1 and 2 | 18 U.S.C. § 1512(b)(1) – Witness Tampering | PENALTY: | 20 years imprisonment<br>3 years supervised release<br>$250,000 fine |
|---|---|---|---|
| COUNT 3 | 18 U.S.C. § 1512(k) – Conspiracy to Tamper with Witnesses and Evidence | PENALTY: | 20 years imprisonment<br>3 years supervised release<br>$250,000 fine |
| COUNT 4 | 18 U.S.C. § 1001(a)(2) – False Statement In a Matter Within the Jurisdiction of the Executive Branch | PENALTY: | 5 years imprisonment<br>3 years supervised release<br>$250,000 fine |
| **SPECIAL ASSESSMENT:** | $100.00 for each count | | |

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

See attached penalty sheet

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attached penalty sheet

*E-filing*

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
▶ WALTER LIEW

DISTRICT COURT NUMBER
CR 11 0573

FILED AUG 23 2011 4:15
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
    If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} 1-mj-70865 MAG

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Peter Axelrod & John Hemann

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

# **PENALTY SHEET**

**WALTER LIEW:** Counts 1, 3 and 4

**CHRISTINA LIEW:** Counts 2 - 4

| COUNTS 1 and 2 | 18 U.S.C. § 1512(b)(1) – Witness Tampering | **PENALTY:** | 20 years imprisonment<br>3 years supervised release<br>$250,000 fine |
|---|---|---|---|
| **COUNT 3** | 18 U.S.C. § 1512(k) – Conspiracy to Tamper with Witnesses and Evidence | **PENALTY:** | 20 years imprisonment<br>3 years supervised release<br>$250,000 fine |
| **COUNT 4** | 18 U.S.C. § 1001(a)(2) – False Statement In a Matter Within the Jurisdiction of the Executive Branch | **PENALTY:** | 5 years imprisonment<br>3 years supervised release<br>$250,000 fine |
| **SPECIAL ASSESSMENT:** | $100.00 for each count | | |

MELINDA HAAG (CABN 132612)
United States Attorney

FILED
2011 AUG 23 P 4: 15
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WALTER LIEW and<br>CHRISTINA LIEW,<br><br>    Defendants. | No. CR 11 0573 RS<br><br>VIOLATIONS:<br><br>18 U.S.C. § 1512(b)(1) – Witness Tampering;<br>18 U.S.C. § 1512(k) – Conspiracy to Tamper With Witnesses and Evidence; 18 U.S.C. § 1001(a)(2) – False Statements In a Matter Within the Jurisdiction of the Executive Branch; 18 U.S.C. § 2 – Aiding, Abetting, and Willfully Causing<br><br>SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

At all times relevant to this Indictment:

1. Defendant WALTER LIEW was a resident of Orinda, California, and an owner and executive of USA Performance Technology, Inc. ("USAPTI").

2. Defendant CHRISTINA LIEW was a resident of Orinda, California, and an owner and executive of USAPTI. CHRISTINA LIEW was married to WALTER LIEW.

3. On or about April 6, 2011, E.I. DuPont de Nemours and Company (DuPont) filed a civil complaint in United States District Court in San Francisco. The complaint alleged that

INDICTMENT

1   USAPTI, WALTER LIEW, and J.L., an employee of USAPTI (the "civil defendants"),
2   misappropriated trade secrets from DuPont. The federal civil complaint alleged that the civil
3   defendants "wrongfully obtained and possess confidential, proprietary, trade secret materials
4   providing detailed specifications for DuPont's chloride-route titanium dioxide ('TiO2') pigment
5   manufacturing process." The complaint further alleged that DuPont discovered that J.L.
6   possessed a number of specific items of information that were derived from proprietary DuPont
7   technologies and that J.L. obtained this information from WALTER LIEW and USAPTI.
8       4. WALTER LIEW, CHRISTINA LIEW, and USAPTI employed and paid at least two
9   former DuPont employees for assistance in designing TiO2 manufacturing facilities for two or
10  more customers in China. These employees were known to J.L. when he worked for USAPTI.
11      5. On or about July 19, 2011, agents of the Federal Bureau of Investigation (FBI)
12  executed a search warrant at the residence of WALTER LIEW and CHRISTINA LIEW in
13  Orinda, California, as part of a federal criminal investigation.
14
15  COUNT ONE:  (18 U.S.C. § 1512(b)(1) – Witness Tampering)
16      6. The factual allegations set forth in Paragraphs 1 through 4 are realleged and
17  incorporated as if fully set forth here.
18      7. In or about April 2011, in the Northern District of California, defendant
19                              WALTER LIEW
20  did knowingly intimidate, threaten, and corruptly persuade, and attempt to intimidate, threaten,
21  and corruptly persuade, another person, and engage in misleading conduct toward another person,
22  specifically J.L., with the intent to influence, delay, and prevent the testimony of J.L. in an
23  official proceeding.
24      8. Specifically, after learning that he, USAPTI, and J.L. had been sued by DuPont in
25  federal district court for misappropriation of trade secrets, WALTER LIEW confronted J.L. and
26  told J.L. that he should not say anything about other individuals who had worked with USAPTI –
27  meaning the former DuPont employees – because it would not be good for J.L. or J.L.'s family.
28      All in violation of Title 18, United States Code, Section 1512(b)(1).

INDICTMENT                          2

COUNT TWO: (18 U.S.C. § 1512(b)(1) – Witness Tampering)

9. The factual allegations set forth in Paragraphs 1 through 4 are realleged and incorporated as if fully set forth here.

10. In or about April 2011, in the Northern District of California, defendant

CHRISTINA LIEW

did knowingly intimidate, threaten, and corruptly persuade, and attempt to intimidate, threaten, and corruptly persuade, another person, and engage in misleading conduct toward another person, specifically J.L., with the intent to influence, delay, and prevent the testimony of J.L. in an official proceeding.

11. Specifically, after learning that WALTER LIEW, USAPTI, and J.L. had been sued by DuPont in federal district court for misappropriation of trade secrets, CHRISTINA LIEW met with J.L. During that meeting, CHRISTINA LIEW told J.L. not to reveal the identities of the former DuPont employees of whom J.L. was aware through his work with USAPTI, in connection with the civil litigation.

All in violation of Title 18, United States Code, Section 1512(b)(1).

COUNT THREE: (18 U.S.C. § 1512(k) – Conspiracy to Tamper with Witnesses and Evidence)

12. The factual allegations set forth in Paragraphs 1 through 5 are realleged and incorporated as if fully set forth here.

13. On or about July 19, 2011, in the Northern District of California, the defendants,

WALTER LIEW and
CHRISTINA LIEW,

knowingly conspired to commit violations of 18 U.S.C. § 1512(b)(3) and 18 U.S.C. § 1512(c)(1).

14. As part of the conspiracy, WALTER LIEW and CHRISTINA LIEW knowingly engaged in misleading conduct toward agents of the FBI with the intent to hinder, delay, and prevent the communication to those agents of information regarding the commission or possible commission of a federal offense, in violation of 18 U.S.C. § 1512(b)(3).

INDICTMENT                                3

15. As further part of the conspiracy, WALTER LIEW and CHRISTINA LIEW corruptly concealed records, documents, and other objects, and attempted to do so, with the intent to impair the availability of the records, documents, and objects for use in an official proceeding, in violation of 18 U.S.C. § 1512(c)(1).

16. Specifically, during the search of the LIEWs' residence conducted on July 19, 2011, FBI agents found safe deposit box keys. Speaking in Mandarin Chinese, WALTER LIEW directed CHRISTINA LIEW to deny knowing anything about the keys. CHRISTINA LIEW followed his direction by stating to the agents that she did not remember the safe deposit boxes when, in fact, she knew at the time that she had a safe deposit box, to which one of the keys corresponded, at the Bank of East Asia in Oakland, California. The safe deposit box contained information regarding USAPTI and USAPTI's relationship with a Chinese customer that was purchasing TiO2 technology from USAPTI, among other records, documents, and objects relevant to the FBI's investigation.

All in violation of 18 U.S.C. § 1512(k).

COUNT FOUR: (18 U.S.C. §§ 1001 & 2 – False Statements In a Matter Within the Jurisdiction of the Executive Branch)

17. The factual allegations set forth in Paragraphs 1 through 5 and 16 are realleged and incorporated as if fully set forth here.

18. On or about July 19, 2011, in the Northern District of California, the defendants,

WALTER LIEW and
CHRISTINA LIEW,

knowingly and willfully made materially false, fictitious, and fraudulent statements and representations regarding matters within the jurisdiction of the executive branch of the Government of the United States, to wit, by denying knowledge of the bank safety deposit box

///
///
///

INDICTMENT                                  4

1 | keys found in their home, when, in fact they knew at the time that they had a safe deposit box to
2 | which one of the keys corresponded, in violation of 18 U.S.C. §§ 1001(a)(2) and 2.

4 | DATED: August 23, 2011                          A TRUE BILL.

                                                   /s/ Julie Mun
                                                   FOREPERSON

8 | MELINDA HAAG
    United States Attorney

                                                   /s/ Miranda Kane
    MIRANDA KANE
12 | Chief, Criminal Division

14 | (Approved as to form: _____)
                            AUSAs AXELROD/HEMANN

INDICTMENT                          5