| DOCUMENTS UNDER SEAL ☐ | | | | | TOTAL TIME (mins): 07 min | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Lili M. Harrell | | | REPORTER/FTR<br>FTR: 10:35am-10:42am | | |
| MAGISTRATE JUDGE<br>Nathanael Cousins | | DATE<br>August 24, 2011 | | | NEW CASE<br>☐ | CASE NUMBER<br>CR 11-0573 RS -02 | |
| **APPEARANCES** | | | | | | | |
| DEFENDANT<br>Christina Liew | | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Ismael Ramsey | | PD. ☐ RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>Pete Axelrod, John Hemann | | INTERPRETER<br>Chen-Hao Hsu - Mandarin | | | ☐ FIN. AFFT<br>SUBMITTED | ☐ | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>LaDreena Walton | | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES | |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | |
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | | ☐ MOTION | | ☐ JUGM'T & SENTG | | ☐ STATUS TRIAL SET |
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT | | ☐ BOND HEARING | | ☐ IA REV PROB. or or S/R | | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING |

**INITIAL APPEARANCE**

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

FILED
AUG 24 2011

**ARRAIGNMENT**

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT ~~

**RELEASE**

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| TO:<br>9/13/2011 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS<br>☐ TRIAL SET |
|---|---|---|---|---|
| AT:<br>2:30pm | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>Seeborg | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Co-defendant Walter Liew set for further detention hearing before Judge Cousins on 8/26/2011 at 9:30am
Notice of related case to be filed before Judge White

DOCUMENT NUMBER: