| DOCUMENTS UNDER SEAL ☐ | | | | | TOTAL TIME (mins): 07 min | | | |
|---|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Lili M. Harrell | | | REPORTER/FTR FTR: 10:35am-10:42am | | | |
| MAGISTRATE JUDGE Nathanael Cousins | | DATE August 24, 2011 | | | NEW CASE ☐ | CASE NUMBER CR 11-0573 RS -02 | | |
| **APPEARANCES** | | | | | | | | |
| DEFENDANT Christina Liew | | AGE | CUST N | P/NP P | ATTORNEY FOR DEFENDANT Ismael Ramsey | | PD. ☐  RET. ☐ APPT. ☐ | |
| U.S. ATTORNEY Pete Axelrod, John Hemann | | INTERPRETER Chen-Hao Hsu - Mandarin | | | FIN. AFFT SUBMITTED ☐ | | COUNSEL APPT'D ☐ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER LaDreena Walton | | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ | |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | | |
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | | ☐ MOTION | | ☐ JUGM'T & SENTG | | ☐ STATUS TRIAL SET | |
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT | | ☐ BOND HEARING | | ☐ IA REV PROB. or or S/R | | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING | |
| **INITIAL APPEARANCE** | | | | | | | | |
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | | ☐ NAME AS CHARGED IS TRUE NAME | | ☐ TRUE NAME: | | | |
| **ARRAIGNMENT** | | | | | | | | |
| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | | ☒ READING WAIVED SUBSTANCE | | ☐ WAIVER OF INDICTMENT FILED | | | |
| **RELEASE** | | | | | | | | |
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | | AMT OF SECURITY $ | | SPECIAL NOTES | | ☐ PASSPORT SURRENDERED DATE: | |
| PROPERTY TO BE POSTED ☐ CASH $ | | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | | | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | | ☐ REMANDED TO CUSTODY | |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | | |
| **PLEA** | | | | | | | | |
| ☐ CONSENT ENTERED | ☒ NOT GUILTY | | ☐ GUILTY | | GUILTY TO COUNTS: ☐ | | | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT FILED | | OTHER: | | | |
| **CONTINUANCE** | | | | | | | | |
| TO: 9/13/2011 | ☐ ATTY APPT HEARING | | ☐ BOND HEARING | | ☐ STATUS RE: CONSENT | | ☒ STATUS TRIAL SET ☐ | |
| AT: 2:30pm | ☐ SUBMIT FINAN. AFFIDAVIT | | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | | ☐ CHANGE OF PLEA | | ☐ OTHER | |
| BEFORE HON. Seeborg | ☐ DETENTION HEARING | | | | ☐ MOTIONS | | ☐ JUDGMENT & SENTENCING | |
| ☒ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY / REMOVAL HEARING | | ☐ PRETRIAL CONFERENCE | | ☐ PROB/SUP REV. HEARING | |
| **ADDITIONAL PROCEEDINGS** | | | | | | | | |

Co-defendant Walter Liew set for further detention hearing before Judge Cousins on 8/26/2011 at 9:30am
Notice of related case to be filed before Judge White

FILED
AUG 24 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOCUMENT NUMBER: