| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 4 min | | | | | |
|---|---|---|---|---|---|---|---|
| MAGISTRATE JUDGE<br>**MINUTE ORDER** | | DEPUTY CLERK<br>Lili M. Harrell | | | REPORTER/FTR<br>FTR 9:54am - 9:58am | | |
| MAGISTRATE JUDGE<br>Nathanael Cousins | | DATE<br>August 26, 2011 | | | NEW CASE<br>☐ | CASE NUMBER<br>CR 11-0573 RS 02 | |
| **APPEARANCES** | | | | | | | |
| DEFENDANT<br>Christina Liew | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Ismael Ramsey | | PD. ☐ RET. ☐<br>APPT. ☐ | |
| U.S. ATTORNEY<br>Pete Axelrod, John Hemann | | INTERPRETER<br>Edward Chew/Amy Lo-Mandarin | | ☐ | FIN. AFFT<br>SUBMITTED | ☐ | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>LaDreena Walton | | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL | ☐ | PARTIAL PAYMENT<br>OF CJA FEES | ☐ |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | |
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | | ☐ MOTION | | ☐ JUGM'T & SENTG | ☐ | STATUS<br>TRIAL SET |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | | ☐ BOND HEARING | | ☐ IA REV PROB. or<br>or S/R | ☒ | OTHER<br>appr w/co-dft |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | ☐ | ATTY APPT<br>HEARING |

**FILED**
AUG 25 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| **INITIAL APPEARANCE** | | | | | | |
|---|---|---|---|---|---|---|
| ☐ ADVISED<br>OF RIGHTS | ☐ ADVISED<br>OF CHARGES | | ☐ NAME AS CHARGED<br>IS TRUE NAME | | ☐ TRUE NAME: | |
| **ARRAIGNMENT** | | | | | | |
| ☐ ARRAIGNED ON<br>INFORMATION | ☐ ARRAIGNED ON<br>INDICTMENT | | ☐ READING WAIVED<br>SUBSTANCE | | ☐ WAIVER OF INDICTMENT FILED | |
| **RELEASE** | | | | | | |
| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: | |
| PROPERTY TO BE POSTED<br>☐ CASH    $ | | CORPORATE SECURITY ☐ | | | REAL PROPERTY: ☐ | |
| ☐ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | | ☐ DETAINED ☐ RELEASED | | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☐ REMANDED<br>TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | |
| **PLEA** | | | | | | |
| ☐ CONSENT<br>ENTERED | ☐ NOT GUILTY | | ☐ GUILTY | | GUILTY TO COUNTS: ☐ | |
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT<br>FILED | | OTHER: | |
| **CONTINUANCE** | | | | | | |
| TO:<br>9/13/2011 (previously set) | ☐ ATTY APPT<br>HEARING | | ☐ BOND<br>HEARING | | ☐ STATUS RE:<br>CONSENT | ☒ STATUS<br>☐ TRIAL SET |
| AT:<br>2:30pm | ☐ SUBMIT FINAN.<br>AFFIDAVIT | | ☐ PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | | ☐ CHANGE OF<br>PLEA | ☐ OTHER |
| BEFORE HON.<br>Seeborg | ☐ DETENTION<br>HEARING | | | | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | | ☐ IDENTITY /<br>REMOVAL<br>HEARING | | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV.<br>HEARING |
| **ADDITIONAL PROCEEDINGS** | | | | | | |

DOCUMENT NUMBER: