UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: September 22, 2011                                   Time in Court: 5 minutes

Case No.: CR-11-573-02  JSW          Judge:  Jeffrey S. White

United States of America   v.   Christina Liew
                                  Defendant
                                  Present ( X ) Not Present ( ) In-Custody ( )

   John Hemann / Pete Axelrod            Doron Weinberg
   U.S. Attorney                         Defense Counsel

Deputy Clerk: Jennifer Ottolini          Court Reporter: Debra Pas
Mandarin Interpreter: Amy Lo Brockett

## PROCEEDINGS

**REASON FOR HEARING:** Trial Setting

**RESULT OF HEARING:**   The Government intends to file additional charges.

Counsel shall submit a joint status report on or before November 23, 2011.

Case Continued to 12-1-11 at 2:00 p.m. for Further Status

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161** - stipulation/proposed order to be submitted